# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAINT AGNES MEDICAL CENTER, ) | 1:09cv01943 AWI DLB |
| ) | |
| Plaintiff, ) | ORDER DENYING DEFENDANT'S |
| ) | REQUEST TO CONTINUE HEARING ON |
| v. ) | MOTION PLAINTIFFS' MOTION FOR |
| ) | APPLICATION FOR RIGHT TO ATTACH |
| MICHAEL DOGALI, M.D., ) | ORDER AND WRIT OF ATTACHMENT |
| ) | |
| ) | (Document 15) |
| Defendant. ) | |

Defendant Michael Dogali, M.D., removed this action to this Court on November 4, 2009. Currently pending before the Court are Plaintiff's motion to remand and motion for application for right to attach order and writ of attachment. Both motions are set for hearing on January 8, 2010.

On December 14, 2009, Defendant filed a request to reschedule the hearing on the motion for application for right to attach order and writ of attachment. Defendant requests the continuance to avoid incurring unnecessary expenses in briefing the motion should the Court grant the motion to remand.

Defendant's request is DENIED. The Court finds that good cause does not exist to continue the properly noticed motion. If the Court grants the motion to remand, it will not hear the motion for application for right to attach order and writ of attachment.

IT IS SO ORDERED.

Dated: __December 16, 2009__          __/s/ Dennis L. Beck__
                                      UNITED STATES MAGISTRATE JUDGE

1